Ira Reiner, Esq. (Bar No. 35698)
Douglas D. Winter, Esq. (Bar No. 150795)
**RILEY & REINER**
633 W. Fifth Street
70th Floor
Los Angeles, California 90071
Telephone: (213) 362-0123

Attorneys for Plaintiff **GREGORY P. GRANT**

FILED
CLERK, U.S. DISTRICT COURT
FEB 20 2002
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

___ Priority
✓ Send
___ Clsd
✓ Enter
___ JS-5/JS-6
___ JS-2/JS-3

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY P. GRANT, an individual, | Case No.: CV 00-05569 AHM (CTx) |
| Plaintiff, | STIPULATION FOR ORDER DISMISSING ACTION WITH PREJUDICE BY VIRTUE OF SETTLEMENT; [Proposed] ORDER |
| v. | |
| DREAMWORKS SKG, a business entity of unknown origin and doing business as DREAMWORKS PICTURES; UNIVERSAL PICTURES, a business entity of unknown origin; AMBLIN ENTERTAINMENT, a business entity of unknown origin; STEVEN SPIELBERG, an individual; DOUG WOOD, an individual; KATHY STEWART, an individual; JASON HOFFS, an individual; ADAM GOODMAN, an individual; and DOES 1 through 10, inclusive, | |
| Defendants. | |

Plaintiff Gregory P. Grant and Defendants DreamWorks, L.L.C., DreamWorks Films, L.L.C., Universal City Studios, Inc., Amblin Entertainment, Steven Spielberg, Doug Wood, Jason Hoffs and Adam Goodman (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate and agree as follows:

///

✓ Docketed
✓ Copies / NTC Sent
/// JS - 5 / JS - 6
___ JS - 2 / JS - 3
✓ CLSD

FEB 21 2002

112

STIPULATION FOR ORDER DISMISSING ACTION WITH PREJUDICE BY VIRTUE OF SETTLEMENT
@PFDesktop\::ODMA/MHODMA/RRLA;50810;1

1. The parties have settled the above entitled action, and as part of the settlement, the Parties have agreed that Plaintiff's claims against all Defendants in the above-entitled action are to be dismissed with prejudice.

DATED: February 15, 2002

RILEY & REINER
Ira Reiner, Esq.
Douglas D. Winter, Esq.

By: _____
DOUGLAS D. WINTER
Attorneys for Plaintiff GREGORY P. GRANT

DATED: February 15, 2002

GREENBERG GLUSKER FIELDS CLAMAN MACHTINGER & KINSELLA LLP
Bertram Fields, Esq.
Matthew N. Falley, Esq.

By: _____
MATTHEW N. FALLEY
Attorneys for Defendants DreamWorks, L.L.C., DreamWorks Films, L.L.C., Universal City Studios, Inc., Amblin Entertainment, Steven Spielberg, Doug Wood, Jason Hoffs and Adam Goodman

## ORDER

IT IS SO ORDERED.

DATED: 2/19/2002

_____
A. HOWARD MATZ
United States District Court Judge

2
STIPULATION FOR ORDER DISMISSING ACTION WITH PREJUDICE BY VIRTUE OF SETTLEMENT
@PFDesktop\::ODMA/MHODMA/RRLA;50810;1